214 So.2d 550

**George C. ADAMS et al.**
v.
**CITY OF ALEXANDRIA.**
No. 49414.

Oct. 15, 1968.

In re: City of Alexandria, Louisiana et al applying for certiorari, or writ of review to the Court of Appeal, Third Circuit, Parish of Rapides. 212 So.2d 134.

Writ refused. There appears no error of law by the Court of Appeal in its judgment.

■

214 So.2d 550

**Alfred W. LOBELL et ux.**
v.
**AMERICAN INDEMNITY COMPANY et al.**
No. 49420.

Oct. 15, 1968.

In re: Spencer S. Hollingsworth, Spencer S. Hollingsworth, Jr., and State Farm Mutual Automobile Insurance Company applying for certiorari of writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 211 So.2d 439.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.